## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| **ISRAEL CONTRERAS, et al.**<br><br>     **Plaintiffs,**<br><br>  **v.**<br><br>**CHARLES A. KLEIN AND SONS, INC., et al.,**<br><br>     **Defendants.** | Civil Action No. 1:26-cv-01102-MJM |

### ORDER

After reviewing the Consent Motion to Approve Settlement (ECF No. _10_) filed by Plaintiffs Israel Contreras, Javier Caballero, Angel Caballero, Tomy Mena, and Rafael Alcaraz Calderon, it is my determination that the Settling Parties' settlement agreement ("the Settlement Agreement") was the product of arm's-length bargaining, the Settling Parties were adequately represented, and the Settlement Agreement represents a fair and just resolution of the Plaintiffs' claims against Defendants. Accordingly, it is hereby ORDERED that:

The Motion (ECF No. _10_) is GRANTED and the Court approves the terms of the Settlement Agreement.

              BY THE COURT:

                  /S/
              Matthew J. Maddox
              United States District Judge

Date: ___4/20/26___, 2026