## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | |
|---|---|
| ISRAEL CONTRERAS, *et al.* )<br><br>  )<br>*Plaintiffs*  )<br><br>  )<br>v.  )<br><br>  )<br>CHARLES A. KLEIN AND SONS, INC.,  )<br>*et al.,*  )<br><br>  )<br>*Defendants*.  ) | 1:26-cv-01102-MJM |

## <u>DEFENDANT CHARLES A. KLEIN & SONS, INC.'s LOCAL RULE 103.3 FINANCIAL INTEREST DISCLOSURE STATEMENT</u>

Pursuant to Local Rule 103.3 of the District of Maryland and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Charles A. Klein & Sons, Inc., in the above captioned action, certifies that there are no parents, trusts, subsidiaries, affiliates or members of said party that have issued shares or debt securities to the public.

Dated: April 20, 2026                     Respectfully submitted,


                                          */s/  Amy M. Heerink*
                                          Amy M. Heerink (Federal Bar No. 20575)
                                          O'HAGAN MEYER, PLLC
                                          225 Reinekers Lane, Suite 300
                                          Alexandria, VA 22314
                                          (703) 775-8603
                                          aheerink@ohaganmeyer.com

                                          *Counsel for Defendant Charles A. Klein & Sons, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th of April, 2026, the above document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Amy M. Heerink*
Amy M. Heerink